**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes     Date: January 11, 2010
Court Reporter: Darlene Martinez

---

Civil Action No. 07-cv-02463-CMA-MJW

*Parties:*                                                      *Counsel:*

ROBERT BORNHOFEN, and                 Gary Cowan
EXCEL-JET LTD, a Colorado corporation,

    Plaintiffs,

v.

BRUNON LESLAW BIERNACKI,
MACIEJ SZYMANSKI, and
ANDREZEJ FRYDRYCHEWICZ,

    Defendants.

---

**COURTROOM MINUTES**

---

HEARING: Motions

**9:03 a.m.**     **Court in session**.

Also present: Plaintiff Robert Bornhofen.

Defendants failed to appear.

**ORDER:**     Plaintiffs' Motion for Application for Default Judgment **(59)** is **granted**. Plaintiff shall re-submit a proposed Final Judgment.

**9:07 a.m.**     **Court in recess/hearing concluded**.

Total in-court time: 00:04