IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02463-CMA-MJW

ROBERT BORNHOFEN, and
EXCEL-JET, LTD,

       Plaintiffs,

v.

BRUNON LESLAW BIERNACKI, and
ANDRZEJ FRYDRYCHWICZ,

       Defendants.

ORDER TO CURE DEFICIENCY

Arguello, Judge

       Defendant's submitted a Notice of Appeal on March 22, 2010. The court has determined that the document is deficient as described in this order. Defendant's will be directed to cure the following if they wish to pursue this appeal.

**(A)**    **Filing Fee**
      X   is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X   is not submitted
      ___   is not on proper form (must use the court's current form)
      ___   is missing original signature by Defendant's/petitioner on motion
      ___   is missing affidavit
      ___   affidavit is incomplete
      ___   is missing original signature by Defendant's/petitioner on affidavit
      ___   affidavit is not notarized or is not properly notarized
      ___   other_____

Accordingly, it is

ORDERED that Defendant's cure the deficiencies designated above within 30 days from the date of this order. Any papers that Defendant's file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Defendant's, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Defendant's fail to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 29th day of March, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge